**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT)<br>ANTITRUST LITIGATION | MDL. No. 1917<br>No.  C-07-5944-SC<br>C-08-1621-SC<br>C-08-1622-SC<br>C-08-1623-SC<br>C-08-1624-SC<br>C-08-1626-SC<br>C-08-1627-SC |

Clerk's Notice

(Plaintiff is required to serve and file a proof of service with the Court on any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled a **Status Conference** on **April 4,  2008  at 10:00 A.M.**  before the Honorable Samuel Conti.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:      April 1, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: T. De Martini
        Courtroom Deputy Clerk