**United States District Court**
For the Northern District of California

1

2

3

4

5

6                            UNITED STATES DISTRICT COURT

7                          NORTHERN DISTRICT OF CALIFORNIA

8

9

10   In Re: Cathode Ray Tube (CRT)      )    MDL No.   1917
     Antitrust Litigation               )
11                                       )    Case No. 07-5944 SC
     _____)
12                                       )
     CRAGO, Inc.,                        )    ORDER CONTINUING
13                                       )    <u>HEARING DATE</u>
              Plaintiff,                 )
14                                       )
         v.                              )
15                                       )
     CHUNGHWA PICTURE TUBES, LTD., <u>et</u>   )
16   <u>al.</u>,                               )
                                         )
17            Defendants.                )
                                         )
18   _____)

19

20        Pursuant to a request by the Special Master, the Court hereby

21   continues the hearing date for the Government's Motion to Stay,

22   Docket No. 323, currently scheduled for Friday, September 5, 2008.

23   The hearing is continued until Friday, September 19, 2008, at

24   10:00 a.m. in Courtroom # 1 on the 17th floor.  This change does

25   not extend the briefing schedule.

26   ///

27   ///

28   ///

**United States District Court**
For the Northern District of California

1    The continuation on the hearing for the Government's Motion

2 does not affect the hearing on the Indirect Plaintiff's Motion to

3 Authorize Service on Certain Foreign Defendants.  Docket No. 344.

4 This hearing will still be held on September 5, 2008, at 10:00

5 a.m., as previously scheduled.

6

7

8    IT IS SO ORDERED.

9

10    Dated: August 15, 2008                    

11                                             _____

12                                             UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                2